UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.,<br><br>                                 Plaintiff,<br>-against-<br><br>MATHEW K. HIGBEE, Esq.,<br>NICK YOUNGSON,<br>RM MEDIA, LTD.,<br>and HIGBEE & ASSOCIATES,<br><br>                               Defendants. | Docket No.: 18-cv-3353 (ADS) (ARC)<br><br>CERTIFICATE OF DEFAULT |

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants Nick Youngson and RM Media, Ltd. have not filed an answer or otherwise moved with respect to the summons and complaint herein. The default of Defendants Nick Youngson and RM Media, Ltd., is hereby noted pursuant to rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Central Islip, New York
           February 20, 2019

                                                   DOUGLAS C. PALMER, Clerk of Court

                                   By:    /s/ Laurie Coleman
                                                            Deputy Clerk