Jeanne M. Weisneck, Esq.
EDNY #JW4815
Law Office of Jeanne M. Weisneck
485 Central Park West, Ste 3A
New York, New York 10025
(917) 651-7232 (Tel)
(646) 370-4727 (Fax)
jweisneck.esq@gmail.com
*Attorney for Defendants Nick Youngson and RM Media, Ltd.*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MEYER, SUOZZI, ENGLISH & KLEIN, P.C.,**<br><br>    Plaintiff,<br><br>v.<br><br>**MATHEW K. HIGBEE, Esq.,<br>NICK YOUNGSON,<br>RM MEDIA, LTD., &<br>HIGBEE & ASSOCIATES,**<br><br>    Defendants. | Case No. 2:18-cv-03353-ADS-ARL |

**AMENDED NOTICE OF APPEARANCE**

Amended Notice is hereby given that attorney Jeanne M. Weisneck, Esq. is making a *limited* appearance on behalf of Defendants Nick Youngson and RM Media, Ltd for the purpose of filing a Motion to Vacate the Certificate of Default and to Quash Service of Process. *Neither Defendant is waiving its objection to personal jurisdiction*. Please disregard the earlier general Notice of Appearance inadvertently filed by my office.

Dated:  March 4, 2019                    LAW OFFICE OF JEANNE M. WEISNECK

1

**/s/ Jeanne M. Weisneck**
Jeanne M. Weisneck, Esq.
EDNY #JW 4815
485 Central Park West, Ste 3A
New York, New York 10025
(917) 651-7232 (Tel)
(646) 370-4727 (Fax)
jweisneck.esq@gmail.com
*Attorney for Defendants Nick Youngson and RM Media, Ltd.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on this **4th** day of **March, 2019**, on all counsel or parties of record on the service list below.

                                         **/s/ Jeanne M. Weisneck**
                                         Jeanne M. Weisneck, Esq.

## **SERVICE LIST**

Kevin Schlosser
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530
kschlosser@msek.com