UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.,

                           **Plaintiff,**

  -against-                                      Docket No.: 18-cv-3353 (ADS) (ARC)

MATHEW K. HIGBEE, Esq.,              MOTION FOR
NICK YOUNGSON,                         DEFAULT JUDGMENT
RM MEDIA, LTD.,
and HIGBEE & ASSOCIATES,

                           **Defendants.**

Plaintiff Meyer, Suozzi, English & Klein, P.C. ("Plaintiff") hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendants Nick Youngson and RM Media, Ltd. (together, the "RM Defendants") on the grounds that the RM Defendants failed to answer or otherwise defend against the complaint, and a Certificate of Default has been duly issued by the Clerk of this Court.

Dated:    Garden City, New York
            March 4, 2019

                                                  MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
                                                  By:        /s/
                                                  Kevin Schlosser (kschlosser@msek.com)
                                                  990 Stewart Avenue, Suite 300
                                                  P.O. Box 9194
                                                  Garden City, New York 11530-9194
                                                  (516) 741-6565
                                                  *Attorneys for Plaintiff (Pro Se)*