**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.,

                     Plaintiff,

        -against-

MATHEW K. HIGBEE, ESQ.,
NICK YOUNGSON,
RM MEDIA, LTD.,
AND HIGBEE & ASSOCIATES,

                     Defendants.
--------------------------------------------------------X

**FILED**
**CLERK**
10:41 am, Mar 05, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**REFERRAL ORDER**
2:18-cv-03353 (ADS) (ARL)

**SPATT, District Judge.**

On June 7, 2018, the Plaintiff filed the instant action against defendants Nicholas "Nick" Youngson, RM Media, Ltd., Mathew K. Higbee, Esq., and Higbee & Associates for a declaratory judgment and violations of N.Y. Gen. Bus. L. § 349.

On February 20, 2019, the Clerk of the Court issued a Certificate of Default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against RM Media Ltd. and Nick Youngson.

On March 4, 2019, the Plaintiff moved for a default judgment against RM Media Ltd. and Nick Youngson.

The Court hereby refers this matter to United States Magistrate Judge Arlene R. Lindsay for a recommendation as to whether the motion for default judgment should be granted, and if so, what relief, if any, should be awarded. The Clerk of the Court is respectfully directed to note the referral.

**SO ORDERED.**
Dated: Central Islip, New York
March 5, 2019

               */s/ Arthur D. Spatt*
               ARTHUR D. SPATT
              United States District Judge