UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.,<br><br>         **Plaintiff,**<br><br> -against-<br><br>MATHEW K. HIGBEE, Esq.,<br>NICK YOUNGSON,<br>RM MEDIA, LTD.,<br>and HIGBEE & ASSOCIATES,<br><br>         **Defendants.** | **Docket No.: 18-cv-3353 (ADS) (ARL)**<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the annexed Declaration of Kevin Schlosser, dated March 25, 2019, the exhibits annexed thereto, Plaintiff's accompanying Memorandum of Law, and all pleadings heretofore had herein, Plaintiff hereby moves this Court, Hon. Arthur D. Spatt, United States District Judge, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, for an Order pursuant to Fed.R.Civ.P. 4 and the Court's inherent authority, deeming service of process of the Summons & Complaint to have been duly effectuated upon defendants Nick Youngson and RM Media, Ltd. and granting such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
    March 25, 2019
                MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
                By:  /s/
                Kevin Schlosser (kschlosser@msek.com)
                *Attorney for Plaintiff (Pro Se)*
                990 Stewart Ave
                Garden City, New York 11530
                (516) 741-6565

4231236