# EXHIBIT A



Higbee & Associates
A NATIONAL LAW FIRM

5/9/2018

**SENT VIA FIRST-CLASS MAIL**

RE:   RM Media, Ltd. - v. Meyer, Suozzi, English & Klein, P.C. - Our Case No. 509950

Dear Sir or Madam:

Higbee & Associates has been retained to represent RM Media, Ltd. in regards to Meyer, Suozzi, English & Klein, P.C. copyright infringement under Title 17 of the United State Code.

Meyer, Suozzi, English & Klein, P.C. engaged in copyright infringement when it posted our client's copyrighted image on its website without a valid licensing agreement. We have attempted to settle this matter to no avail. Please see the enclosed Complaint and Exhibits for further information.

Our client is entitled to recover Statutory damages of up to $150,000 for each infringement and may also recover **attorney fees and court costs**. *See* 17 U.S.C. §§ 504 & 505.

In an effort to keep costs down, our client is willing to accept a firm settlement of $5,280 to resolve this matter amicably and avoid litigation. This offer will be open for fifteen (15) days from the date of this letter, after which our client has instructed us to file the enclosed Complaint and seek damages to the full extent of the law.

If you have questions you may contact us at (714) 617-8350 or (800) 716-1245.

Sincerely,

*Mathew K Higbee*

Mathew K. Higbee, Esq.
Attorney at Law
infringements@higbeeassociates.com

Enclosure(s)

RECEIVED

2018 MAY 22  AM 8: 56

M.B.E. & K., P.C.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
## DIVISION OF BROOKLYN

RM MEDIA, LTD.

Plaintiff,

v.

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.,

Defendant.

CASE NO._____

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

**DEMAND FOR JURY TRIAL**

Plaintiff, RM Media, Ltd., for his Complaint against Meyer, Suozzi, English & Klein, P.C., Defendant, alleges as follows:

### INTRODUCTION

1.     RM Media, Ltd. (hereinafter "Plaintiff"), by Plaintiff's attorneys, brings this action to challenge the actions of Meyer, Suozzi, English & Klein, P.C. (hereinafter "Defendant"), with regard to the unlawful use of a copyrighted image (hereinafter "Image") owned by Plaintiff, and this conduct caused Plaintiff damages.

2.      For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

## JURISDICTION AND VENUE

3.      This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendant violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C. § 106.

4.      This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

5.      This Court has personal jurisdiction over Defendant because Defendant is a business entity incorporated in the State of New York Defendant's acts of infringement complained of herein occurred in the State of New York, and Defendant has caused injury to Plaintiff in his intellectual property within the State of New York.

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) because the Defendant resides in this judicial district and a substantial part of the events

3

giving rise to Plaintiff's claim occurred in this judicial district.

Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because

the Defendant committed the acts of infringement and has a regular and

established place of business in this judicial district.

## PARTIES

7.      Plaintiff is a natural person  and is a professional photographer by

trade.

8.      Plaintiff is a "copyright owner" who holds "exclusive rights" to the

"copyrighted work[s]" pursuant to 17 U.S.C. §§ 101 and 106.

9.      Plaintiff is informed and believes, and thereon alleges, that Defendant

is a business entity operating in the City of Garden City, in the State of New

York, and conducted business within the City of Garden City, in the State of

New York.

10.    Plaintiff is informed and believes, and thereon alleges, that Defendant

unlawfully published Plaintiff's copyrighted works without Plaintiff's

express or implied authority, by the method of a license.

## FACTUAL ALLEGATIONS

11.    Plaintiff is informed and believes, and thereon alleges, that at all

times relevant, Defendant was a business entity residing within the State of

New York.

4

12.     Plaintiff is a well-known professional photographer. He sells or licenses photographs to people and companies seeking to make use of the photographs for advertisements and pecuniary gain. Plaintiff's livelihood is dependent on receiving compensation for the photographs he produces.

13.     Plaintiff took the original image, *see* Original Image(s) attached hereto as Exhibit A.

14.     Plaintiff has ownership rights and copyrights to the Image(s).

15.     Plaintiff has registered the Image(s) with the United States Copyright Office under registration number(s) Vau 1-248-878, *see* Registration Certificate(s) attached hereto as Exhibit B.

16.     Plaintiff did not consent to authorize, permit, or allow in any manner the use of the Image by Defendant.

17.     Plaintiff is informed and believes that Defendant used Plaintiff's copyrighted works without his permission and that it published, communicated, benefited through, posted, publicized and otherwise held out to the public, the original and unique work of Plaintiff without Plaintiff's consent or authority.

18.     Plaintiff is informed and believes that Defendant used the Image on Defendant's website from December 26, 2017 to January 19, 2018, *see* Screenshots of Defendant's use attached hereto as Exhibit C.

19.     Defendant uses the Image to promote the Defendant's website.

20.     Plaintiff did not consent to the use of his Image.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### Title 17 of the United States Code

21.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

22.     Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original materials and/or work.

23.     Plaintiff is informed and believes and thereon alleges that said Defendant breached Title 17 of the U.S. Code in that it published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique work of the Plaintiff's consent or authority and acquired monetary gain and market benefit as a result.

24.     As a result of each and every Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b) or statutory damages in an amount up to $150,000.00 if willful or up to $30,000.00 if unintentional pursuant to 17 U.S.C. § 504.

25.     As a result of the Defendant's violations of Title 17 of the U.S. code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C §505 from Defendant.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against

Defendant

• Awarding statutory damages pursuant to 17 U.S.C. § 504(c) or actual

damages pursuant to (504)(b).

• Awarding costs of litigation and reasonable attorney's fees, pursuant to

17 U.S.C. § 505;

• Enjoining the Defendant from further infringement of all copyrighted

works of the Plaintiff pursuant to 17 U.S.C. § 502(a); and

• Providing such other and further relief the Court deems just and proper

under the circumstances.

Dated: _____            Respectfully submitted,

                                  /s/ Mathew K. Higbee
                                  Mathew K. Higbee, Esq.
                                  (Pro Hac Vice Pending)
                                  HIGBEE & ASSOCIATES
                                  1504 Brookhollow Dr, Ste 112
                                  Santa Ana, CA 92705-5418
                                  (714) 617-8350
                                  FAX (714) 597-6729
                                  *Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, RM Media, Ltd., hereby demands a trial by jury in the above

matter.


Dated: _____          Respectfully submitted,


                                  /s/ Mathew K. Higbee
                                  Mathew K. Higbee, Esq.
                                  (Pro Hac Vice Pending)
                                  HIGBEE & ASSOCIATES
                                  1504 Brookhollow Dr, Ste 112
                                  Santa Ana, CA 92705-5418
                                  (714) 617-8350
                                  FAX (714) 597-6729
                                  *Attorney for Plaintiff*

# EXHIBIT A

# Original Image



# EXHIBIT B

# Copyright Registration Certificate

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-248-878

**Effective Date of Registration:**
June 10, 2016

---

## Title

**Title of Work:** still-images-16-06-10

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** Nicholas Youngson
  **Author Created:** photograph
  **Domiciled in:** England

## Copyright Claimant

**Copyright Claimant:** Nicholas Youngson
15 Church Road, Liverpool, L24 4AY, England

## Rights and Permissions

**Name:** Nicholas Youngson
**Email:** nick@nyphotographic.com
**Telephone:** 1514255987
**Address:** 15 Church Road
Liverpool L24 4AY England

## Certification

**Name:** N Youngson
**Date:** June 10, 2016

---

**Copyright Office notes:** Basis for Registration: Unpublished collection

# EXHIBIT C

# Screenshots of Defendant's Use



nyfraudclaims.com/standards-pleading-proof-claims-fraud/

MEYER SUOZZI

KEVIN SCHLOSSER
990 Stewart Avenue
Garden City, NY 11530
Direct: (516) 392-5709
Fax: (516) 741-6706
kschlosser@msek.com
Download VCard

ABOUT THE AUTHOR
Kevin Schlosser, Chair of Meyer
Suozzi's Litigation Department,
has over 30 years of experience in
civil litigation and has won
significant victories involving
claims of fraud and
misrepresentation on behalf of

## Standards of Pleading and
of Fraud

Dec 26, 2017

January
2018

Su  Mo  Tu  We  Th  Fr  Sa
31   1   2   3   4   5   6
7    8   9  10  11  12  13
14  15  16  17  18  19  20
21  22  23  24  25  26  27
28  29  30  31   1   2   3
4    5   6   7   8   9  10

6:02pm Friday 19 January 2018

January
**19**
2018

EMAIL ADDRESS                                    SUBSCRIBE

← → C ⓘ nyfraudclaims.com                                                                    ☆

**LOCATIONS**



Need to speak to someone?
Give us a call.

(800) 734-0565

*Meyer, Suozzi, English & Klein,*
*P.C.*

### Misrepres...
### Amount t...
January 8, 2018

🖨 PRINT  ✛  SH...

Typically, where fr...
for fraud involve cl...
into the contract.  Plaintiffs seeking to allege ...



### Standards of Pleading and Proof For Various Claims of Fraud
December 26, 2017

🖨 PRINT  ✛  SHARE

My previous post addressed the different statutes of limitations that apply to claims of actual fraud, where intent to defraud is a necessary element, and constructive fraud, where proving intent to defraud is not required.  The difference is that claims ...



### Different Statutes of Limitations for Actual and Constructive Fraud



**Source:** www.nyfraudclaims.com



## MEYER SUOZZI

OUR FIRM

SERVICES

ATTORNEYS

NEWS & EVENTS

CAREERS

LOCATIONS

SEARCH

Typically, where fraud claims arise in connection with contracts, the elements of the cause of action for fraud involve claims that misrepresentations of existing fact were made to induce a party to enter into the contract.  Plaintiffs seeking to allege ...

signed into law by the President on December 22, 2017. While the new law maintains the overall framework of the existing federal estate, gift and generation-skipping ...

tax assessment! This is certainly a difficult way for Laura Curran's Democratic Administration to start off the New Year – being handed a broken system and having to handle numerous ...



JANUARY 2, 2018, NEWS

A. Thomas Levin Quoted In The Island Now, "Final Public Hearing Date Set For Clover...



DECEMBER 26, 2017, BLOG

Kevin Schlosser Authors, "Standards of Pleading and Proof For Various Claims of...

Source: www.nyfraudclaims.com



DECEMBER 22, 2017, NEWS

A. Thomas Levin Quoted In The Island Now, "North Hills Denies Building Permit Extension...

RECEIVED

2018 MAY 22   AM 8: 56

M.B.E. & K., P.C.

Higbee & Associates
1504 Brookhollow Drive, Suite 112
Santa Ana, CA 92705

$1.63º
US POSTAG
FIRST-CLASS

071M0099983
92705
000016366

**Meyer, Suozzi, English & Klein, P.C**
990 Stewart Avenue, Suite 300
Garden City, NY 11530