# EXHIBIT G

Query    Reports    Utilities    Help    Log Out

**1:17-cv-04900-KBF** Sadowski v. Richard Gottlieb & Associates, LLC
Katherine B. Forrest, presiding
Date filed: 06/28/2017
Date terminated: 01/31/2018
Date of last filing: 03/09/2018

# Attorneys

**Rayminh L Ngo**
Ngo Law Practice and Higbee & Associates
(of Counsel)
715 East 3900 South
Salt Lake City, UT 84107
(801)-268-2982
(888)-257-4118 (fax)
ray@ngolawoffice.net
  *Assigned: 06/28/2017*
  *ATTORNEY TO BE NOTICED*

representing

**Christopher Sadowski**
*(Plaintiff)*

**Andrew Scott Rapacke**
The Rapacke Law Group, P.A.
1836 N. Pine Island Rd.
Plantation, FL 33322
(954)-951-0154
(954)-206-0484 (fax)
andy@arapackelaw.com
  *Assigned: 10/23/2017*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Richard Gottlieb & Associates, LLC**
*(Defendant)*

**Jeanne Marie Weisneck**
Law Office of Jeanne M. Weisneck
29 Broadway, Ste. 1500
New York, NY 10006
(212)-581-0990
(212)-581-5897 (fax)
jweisneck.esq@gmail.com
  *Assigned: 10/25/2017*
  *ATTORNEY TO BE NOTICED*

representing

**Christopher Sadowski**
*(Plaintiff)*

| PACER Service Center |
|---|
| Transaction Receipt |

Query    Reports    Utilities    Help    Log Out

**1:17-cv-03380-ALC** Skoogfors v. Allimadi
Andrew L. Carter, Jr, presiding
Date filed: 05/05/2017
Date terminated: 10/12/2017
Date of last filing: 10/13/2017

# Attorneys

**Rayminh L Ngo**
Ngo Law Practice and Higbee & Associates (of Counsel)
715 East 3900 South
Salt Lake City, UT 84107
(801)-268-2982
(888)-257-4118 (fax)
ray@ngolawoffice.net
  *Assigned: 05/05/2017*
  *ATTORNEY TO BE NOTICED*

representing  **Leif Skoogfors**
*(Plaintiff)*

**Melissa Pressley**
Pressley PLLC
167 Park Avenue
Brooklyn, NY 11205
718-522-0103
718-705-4397 (fax)
MPRESSLEY@PRESSLEYPLLC.COM
  *Assigned: 08/16/2017*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing  **Milton Allimadi**
*(Defendant)*

**Jeanne Marie Weisneck**
Law Office of Jeanne M. Weisneck
29 Broadway, Ste. 1500
New York, NY 10006
(212)-581-0990
(212)-581-5897 (fax)
jweisneck.esq@gmail.com
  *Assigned: 09/14/2017*
  *ATTORNEY TO BE NOTICED*

representing  **Leif Skoogfors**
*(Plaintiff)*

| PACER Service Center |
|---|
| Transaction Receipt |
| 03/25/2019 11:03:49 |