UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.,

                        Plaintiff,

-against-

MATHEW K. HIGBEE, Esq.,
NICK YOUNGSON,
RM MEDIA, LTD.,
and HIGBEE & ASSOCIATES,

                        Defendants.

Docket No.: 18-cv-3353 (ADS) (ARL)

NOTICE OF DISMISSAL OF ACTION SOLELY AS AGAINST DEFENDANTS NICK YOUNGSON AND RM MEDIA, LTD.

    PLEASE TAKE NOTICE that insofar as defendants Nick Youngson and RM Media, Ltd. have not served an answer or a motion for summary judgment, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above action is hereby dismissed solely as against defendants Nick Youngson and RM Media, Ltd.

Dated:  March 30, 2019

                                        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                                        By: _____
                                        Kevin Schlosser (kschlosser@msek.com)
                                        *Attorney for Plaintiff (Pro Se)*
                                        990 Stewart Ave
                                        Garden City, New York 11530
                                        (516) 741-6565

AGREED TO, STIPULATED AND ACCEPTED:

_____
Jeanne M. Weisneck, Esq.
Law Office of Jeanne M. Weisneck
485 Central Park West, Suite 3A
New York, New York 10025
(917) 651-7232 (T)
(646) 370-4727 (F)
jweisneck.esq@gmail.com
Attorney for Defendants Nick Youngson &
RM Media, Ltd.

4235310